| | |
|---|---|
| GERALDINE F. WINSTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREWS POLICE DEPARTMENT, ) <br> BRONSON KIRBY, BRADLEY ) <br> BOWEN, and TOWN OF ANDREWS, ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Without Prejudice [Doc. 5] and the Magistrate Judge's Memorandum and Recommendation [Doc. 12] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the above-referenced motion and to submit a recommendation for its disposition.

On October 7, 2025, the Magistrate Judge filed a Memorandum and Recommendation in this case containing conclusions of law in support of a recommendation regarding the pending motion. [Doc. 12]. The parties were advised that any objections to the Magistrate Judge's Memorandum and

Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has now expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation regarding the pending motion.

**IT IS, THEREFORE, ORDERED** that:

(1) The Memorandum and Recommendation [Doc. 12] is **ACCEPTED**;

(2) The Plaintiff shall, within thirty (30) days of this Order, reimburse the Defendants for their filing fee in the amount of $405.00. Upon receipt of such payment, the Defendant shall file a Notice with the Court regarding such receipt;

(3) The Plaintiff's Motion to Dismiss Without Prejudice [Doc. 5] is **GRANTED**; and

(4) This case is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to close this civil case.

**IT IS SO ORDERED.**

Signed: November 10, 2025

Martin Reidinger
Chief United States District Judge